# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DERRELL LEE CHRISTY, JR., | Case No.: 2:21-cv-00132-APG-BNW |
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHINGS, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Derrell Lee Christy, Jr., represented by appointed counsel, was due to file a second amended habeas petition by June 3, 2021. *See* Order entered March 5, 2021 (ECF No. 11) (90 days to file second amended petition).

On June 1, 2021, Petitioner filed a motion for extension of time (ECF No. 12), requesting a 60-day extension of time, to August 2, 2021, to file his second amended petition. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of the time required to obtain, organize, and review the record. Respondents do not oppose the motion for extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///
///
///
///
///

I THEREFORE ORDER that Petitioner's Motion for Extension of Time **(ECF No. 12) is GRANTED**. Petitioner will have until and including August 2, 2021, to file his second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered March 5, 2021 (ECF No. 11) will remain in effect.

DATED: June 2, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE