# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DERRELL LEE CHRISTY, JR.,

                Petitioner,

v.

WILLIAM HUTCHINGS, *et al.,*

                Respondents.

Case No.: 2:21-cv-00132-APG-BNW

ORDER

       In this habeas corpus action, after a 90-day initial period (ECF No. 11) and two 60-day extensions of time (ECF Nos. 13, 15), the petitioner, Derrell Lee Christy, Jr., represented by appointed counsel, was due to file a second amended habeas petition by October 1, 2021.

       On September 29, 2021, Petitioner filed a motion for extension of time (ECF No. 16), requesting a further 60-day extension of time, to November 30, 2021, to file his second amended petition. Petitioner's counsel states that the extension of time is necessary because of the time required to investigate this case and because of her obligations in other cases. Respondents do not oppose the motion for extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. I will grant this motion for extension of time.

       My extensions of the time for Petitioner to file his second amended petition do not affect, in any manner, the operation of the statute of limitations in this case, and the Court does not mean by such orders to convey any opinion whatsoever about when the limitations period expires (or expired).

I THEREFORE ORDER that Petitioner's Motion for Extension of Time **(ECF No. 16) is GRANTED**. Petitioner will have until and including November 30, 2021, to file his second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered March 5, 2021 (ECF No. 11) will remain in effect.

DATED: September 29, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE