AARON D. FORD
  Attorney General
Katrina A. Lopez (Bar. No. 13394)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-3770 (phone)
(702) 486-2377 (fax)
KSamuels@ag.nv.gov
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRELL LEE CHRISTY, JR., <br><br> Petitioner, <br><br> v. <br><br> RONALD OLIVER, *et al.*, <br><br> Respondent(s). | Case No. 2: 21-cv-00132-APG-BNW <br><br> **ORDER GRANTING** <br><br> **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 18)** <br> **(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of 60 days from the current due date of October 28, 2024, up to and including December 27, 2024, in which to file their Response to Christy's Second Amended Petition for Writ of Habeas Corpus. ECF No. 18. This Motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the first enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

DATED October 28, 2024

                                      Submitted by:

                                      AARON D. FORD
                                      Attorney General

                                      By:   /s/ *Katrina A. Lopez*
                                              Katrina A. Lopez (Bar. No. 13394)
                                              Deputy Attorney General

**1**

## DECLARATION OF KATRINA A. LOPEZ

I, Katrina A. Lopez, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Derrell Lee Christy Jr. v. Ronald Oliver, et al.,* Case No. 2: 21-cv-00132-APG-BNW, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The Response to Christy's Second Amended Petition is currently due on Monday, October 28, 2024.

4. Respondents have been unable with due diligence to timely complete the Response.

5. In the past few months, Respondents filed: a motion to dismiss filed August 12, 2024 (*Shawn K. Brown v. William Gittere, et al.,* Case No. 3:22-cv-00130-MMD-CSD); an opposition to motion for an evidentiary hearing filed August 12, 2024 (*Marcus Washington v. Warden William Gittere, et al.,* Case No. 3:19-cv-00256-MMD-CSD); an opposition to motion to stay filed August 14, 2024 (*Evaristo Rodriguez v. Tim Garrett, et al.,* Case No. 3:20-cv-00691-ART-CLB); a reply filed September 5, 2024 (*Travis Sheffield v. Jeremy Bean, et al.,* (Case No. 2:22-cv-00584-GMN-NJK); a Ninth Circuit opening brief in a death penalty case filed September 24, 2024 (*William Bryon Leonard v. William Gittere, et al.,* Case Nos. 24-717, 24-752); a motion to dismiss filed October 9, 2024 (*Guillermo Renteria-Novoa v. Brian Williams, et al.,* Case No. 2:23-cv-01106-JAD-BNW); a motion to expand the record on appeal filed October 16, 2024 (*Prentice Marshall v. Brian Williams, et al.,* Ninth Circuit Court of Appeals Case No. 23-2559); a response to motion for supplemental briefing filed October 21, 2024 (*Prentice Marshall v. Brian Williams, et al.,* Ninth Circuit Court of Appeals Case No. 23-2559); and various responses in state post-conviction cases.

6. Between now and December 27, 2024, Respondents will also be working on a Ninth Circuit answering brief (*Ashenafi Aberha v. Brian Williams, et al.,* Case No. 23-15267); a response (*Salvador Rico-Rivas v. Nethanjah Breitenbach, et al.*, Case No. 3:23-cv-00288-MMD-CLB); and a Ninth Circuit answering brief in a death penalty case (*Cary Williams v. Terry Royal, et al.,* Case No.

/ / /

**2**

23-99006). Despite these obligations, Respondents will complete this Response before the deadline requested in this extension.

7. Based on the forgoing, Respondents respectfully request an enlargement of time of 60 days from the current due date, October 28, 2024, up to and including December 27, 2024, to file our Response to Christy's Second Amended Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2024.

/s/ *Katrina A. Lopez*
Katrina A. Lopez (Bar. No. 13394)
Deputy Attorney General

IT IS SO ORDERED:

Dated: October 28, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3