# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DERRELL LEE CHRISTY, JR., | Case No.: 2:21-cv-00132-APG-BNW |
| Petitioner, | **Order Granting Motion for Extension of Time** |
| v. | |
| RONALD OLIVER, *et al.*, | [ECF No. 58] |
| Respondents. | |

In this habeas corpus action, on December 23, 2024, Respondents filed a motion to dismiss. ECF No. 54. After an initial 60-day period, and then a 60-day extension of time, Petitioner Derrell Lee Christy, Jr., was to respond to the motion to dismiss by April 22, 2025. *See* ECF Nos. 49, 57. On April 22, Christy filed a motion for extension of time, requesting a further 45-day extension, to June 6, 2025. ECF No. 58. Christy's counsel states that this extension of time is necessary because of the complexity of the case, counsel's relatively recent—October 30, 2024, almost two months before the motion to dismiss was filed—assignment to the case, and counsel's obligations in other cases. Christy represents that Respondents do not oppose the motion for extension of time. I find that Christy's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. I will grant this extension of time as requested.

However, with this extension, Christy will have had over five months to respond to the motion to dismiss, which is not unusually complex. Christy's counsel states: "Counsel is working diligently and anticipates that this will be the final request for an extension on this

matter." ECF No. 58 at 4. *I will not be inclined to further extend this deadline absent extraordinary circumstances*.

IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time **(ECF No. 58) is GRANTED**. Petitioner will have until and including June 6, 2025, to file a response to the motion to dismiss.

DATED: April 23, 2025

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE