AARON D. FORD
  Attorney General
YANPENG WANG (Bar No. 17022C)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N Carson St
Carson City NV 89701-4717
Phone: (775) 684-1254
Fax: (775) 684-1108
ywang@ag.nv.gov
*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERRELL LEE CHRISTY, JR.,<br><br>Petitioner,<br><br>vs.<br><br>RONALD OLIVER, *et al.*,<br><br>Respondents. | Case No. 2:21-cv-00132-APG-BNW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

    Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and YANPENG WANG, Deputy Attorney General, hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time, to and including January 20, 2026, in which to file and serve their answer to Petitioner Derrell Lee Christy, Jr.'s (Christy) Second Amended Petition.

    This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

    This is Respondents' first request for an enlargement of time to file the answer, and this motion is made in good faith and not for the purpose of delay.

    RESPECTFULLY SUBMITTED this 21st day of November 2025.

                      AARON D. FORD
                      Attorney General

                      By: /s/ Yanpeng Wang
                          YANPENG WANG (Bar. No. 17022C)
                          Deputy Attorney General

# DECLARATION OF COUNSEL

STATE OF NEVADA    )
                   : ss.
CARSON CITY        )

I, YANPENG WANG, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am a Deputy Attorney General in the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I respectfully request a sixty (60) day enlargement of time, to and including January 20, 2026, to answer Christy's Second Amended Petition. This is Respondents' first request for enlargement.

3. The answer is currently due November 21, 2025.

4. I have been unable, with due diligence, to timely complete the answer. I received a reassignment to this matter on September 25, 2025, and require additional time to review the record and pleadings to ensure a complete and accurate answer.

5. I have also been involved in defending federal and state petitions, including *Miller v. Att'y Gen. of Nev.* (2:25-cv-00783-GMN-MDC), *Holland v. Henley* (2:25-cv-00379-RFB-MDC), *Herrada-Gonzalez v. Howell* (2:20-cv-01013-GMN-DJA), *Phillips v. Nevada Dep't of Corr.* (2:23-cv-00599-ART-BNW), *Chaiyakul v. Warden, High Desert State Prison, et al.* (2:22-cv-01650-RFB-MDC) and *Gonzalez (Mark) v. Breitenbach* (2:25-cv-01080-APG-BNW), as well as multiple state court responses. I anticipate filing the motions to dismiss in *Miller, Holland,* and *Gonzalez (Mark)*, and the reply in *Phillips*. I intend to seek an enlargement of time for the motion to dismiss in *Herrada-Gonzalez* and the answer in *Chaiyakul*. Accordingly, I respectfully request a sixty (60) day enlargement of time, to and including January 20, 2026, to file the answer.

6. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

7. I contacted the Federal Public Defender, Ms. Ebise Bayisa, who has indicated that she has no objection to this requested enlargement.

/ / /

2

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 21st day of November 2025.

By:   /s/ Yanpeng Wang
      YANPENG WANG (Bar No. 17022C)
      Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated: November 21, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE