AARON D. FORD
  Attorney General
ERIC S. HOSHIZAKI (Bar No. 3442)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1124
Fax: (775) 684-1108
ehoshizaki@ag.nv.gov
*Attorney for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERRELL LEE CHRISTY, JR.,<br><br>Petitioner,<br><br>vs.<br><br>RONALD OLIVER, *et al.*,<br><br>Respondents. | Case No. 2:21-cv-00132-APG-BNW<br>ORDER GRANTING<br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)** |

Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and Eric S. Hoshizaki, Deputy Attorney General, hereby respectfully move this Court for an order granting a thirty (30) day enlargement of time, to and including February 19, 2026, in which to file and serve their answer to Petitioner Derrell Lee Christy, Jr.'s (Christy) Second Amended Petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

This is Respondents' second request for an enlargement of time to file the answer, and this motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 20th day of January, 2026.

AARON D. FORD
Attorney General

By:    /s/ Eric S. Hoshizaki
       ERIC S. HOSHIZAKI (Bar No. 3442)
       Deputy Attorney General

-1-

**DECLARATION OF COUNSEL**

STATE OF NEVADA          )
                                        : ss.
CARSON CITY              )

I,      ERIC S. HOSHIZAKI, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1.      I am a Deputy Attorney General in the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2.      By this motion, I respectfully request a thirty (30) day enlargement of time, to and including February 19, 2026, to answer Christy's Second Amended Petition. This is Respondents' second request for enlargement.

3.      The answer is currently due January 20, 2026.

4.      I have been unable, with due diligence, to timely complete the answer. I began employment with Nevada Attorney General's Office on December 8, 2025. I received a reassignment to this matter on January 2, 2026, and require additional time to review the record and pleadings to ensure a complete and accurate answer.

5.      This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6.      I contacted the Federal Public Defender, Ms. Ebise Bayisa, who has indicated that she has no objection to this requested enlargement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 20th day of January, 2026.

By:    /s/ Eric S. Hoshizaki
       ERIC S. HOSHIZAKI (Bar No. 3442)
       Deputy Attorney General

## ORDER

IT IS SO ORDERED.

Dated this 20th day of _____January_____ 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE