AARON D. FORD
   Attorney General
ERIC S. HOSHIZAKI (Bar No. 3442)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1124
Fax: (775) 684-1108
ehoshizaki@ag.nv.gov
*Attorney for Respondents*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DERRELL LEE CHRISTY, JR., | Case No. 2:21-cv-00132-APG-BNW |
| Petitioner, | **ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (THIRD REQUEST)** |
| vs. | |
| RONALD OLIVER, *et al.*, | |
| Respondents. | |

Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and Eric S. Hoshizaki, Deputy Attorney General, hereby respectfully move this Court for an order granting a forty-six (46) day enlargement of time, to and including April 6, 2026, in which to file and serve their answer to Petitioner Derrell Lee Christy, Jr.'s (Christy) Second Amended Petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

This is Respondents' third request for an enlargement of time to file the answer, and this motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 19th day of February, 2026.

AARON D. FORD
Attorney General

By:   /s/ Eric S. Hoshizaki
ERIC S. HOSHIZAKI (Bar No. 3442)
Deputy Attorney General

-1-

## DECLARATION OF COUNSEL

STATE OF NEVADA        )

                               : ss.

CARSON CITY              )

I, ERIC S. HOSHIZAKI, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1.    I am a Deputy Attorney General in the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' Third Motion for Enlargement of Time.

2.    By this motion, I respectfully request a forty-six (46) day enlargement of time, to and including April 6, 2026, to answer Christy's Second Amended Petition. This is Respondents' third request for enlargement.

3.    The answer is currently due February 19, 2026.

4.    I began employment with the Nevada Attorney General's Office on December 8, 2025, and was reassigned this matter on January 2, 2026. Since reassignment, I have been reviewing the state court record and researching the claims presented in the petition.

5.    Although Respondents previously received a thirty (30) day enlargement of time, continued review of the record and applicable law has required more extensive analysis and citation to the state court materials than initially anticipated. Despite diligent efforts to complete the response within the prior extension period, additional time is necessary to ensure that the answer is thorough, accurate, and fully supported by the record.

6.    This motion for enlargement of time is made in good faith and not for the purpose of undue delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

7.      I contacted the Federal Public Defender, Ms. Ebise Bayisa, who has indicated that she has no objection to this requested enlargement.

Dated this 19th day of February, 2026.

/s/ Eric S. Hoshizaki
ERIC S. HOSHIZAKI (Bar No. 3442)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE