Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org

*Attorney for Petitioner Derrell Lee Christy, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Derrell Lee Christy, Jr.,

      Petitioner,

    v.

William Hutchings, *et al.*,

      Respondents.

Case No. 2:21-cv-00132-APG-BNW

**ORDER GRANTING**

**Motion for extension of time in which to file a Reply**

**(First request)**

Petitioner Derrell Christy respectfully asks this Court to extend the deadline for filing a reply by 30 days until July 2, 2026.

Mr. Christy filed an amended petition on November 20, 2021,[1] and the State filed its answer on April 3, 2026.[2] Petitioner's Reply is currently due to June 2, 2026.

Counsel for Mr. Christy respectfully suggests that additional time is necessary to prepare a reply in this case.

Undersigned counsel was not the original attorney in Mr. Christy's case and therefore, a complete review of the entire factual record, as well as pleadings in this case is required. Counsel submits that additional time is necessary to complete this review.

Counsel has been working on, and will continue to work on, many competing professional obligations between the time she entered her notice in this case, and the new requested July 2, 2026 deadline for the reply. These obligations include an amended petition in *Tavarez v. Najera*, 2:26-cv-00496-CDS-NKJ (D. Nevada); an opposition to motion to dismiss in *Ojeda v. Royal*, 2-25-cv-0019-ART-CLB (D. Nevada); a reply to answer in *Lewis v. Johnson*, 2-21-cv-00580 (D. Nevada); an opposition to motion to dismiss in *Ferguson v. Ruebart*, 2:23-cv-02299-CSD-NJK (D. Nevada); and a reply to answer in *Hiller v. Neven*, 2:19-cv-00269-RFB-EJY (D. Nevada). Counsel suggests these additional obligations further support the requested extension in this case.

On May 29, 2026, Deputy Attorney General Eric Hoshizaki, counsel for Respondents, informed undersigned counsel that he has no objection to this request.

In sum, counsel requests an additional 30 days, up to and including July 2, 2026, in which to file a reply to answer. This is counsel's first request for an extension

---

[1] ECF. No 18.

[2] ECF. No 72.

of time to file the petition.  This motion isn't filed for the purposes of delay, but in the interests of justice, as well as in Mr. Christy's interest.  Counsel respectfully asks the Court to grant the requested extension.

Dated June 1, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:_June 1, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3